UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIE MICHELLE JACKSON,<br><br>      Petitioner,<br><br>    v.<br><br>M. PALLARES,<br><br>      Respondent. | Case No.  22-cv-05515-JD<br><br>**ORDER RE DISMISSAL** |

Georgie Jackson, a pro se state prisoner, filed a habeas petition under 28 U.S.C. § 2254. Respondent filed a motion to dismiss on the ground that the sole claim in the petition was unexhausted.  The Court granted the motion but provided Jackson twenty-eight days to file a motion for a stay if she chose to exhaust the claim.  Jackson has not filed a motion for a stay or otherwise communicated with the Court.

The case is dismissed as unexhausted, and the Clerk is requested to close it.  A certificate of appealability ("COA") will not issue because this is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  The Court declines to issue a COA regarding the procedural holding and the underlying claim in the petition.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California